# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of May, two thousand and fifteen.

Before:     Ralph K. Winter,
                *Circuit Judge*.

_____

Edart Leasing Company, LLC,

Plaintiff-Appellant,                    **ORDER**

v.                                     Docket No. 15-1118

Ryder Truck Rental, Inc.,

Defendant-Appellee.

_____

     The parties have filed a joint motion to remove this appeal from the Court's Expedited Appeals Calendar.

     IT IS HEREBY ORDERED that the motion is GRANTED. The Appellant must file a scheduling notification within 14 days of the district court's issuance of a memorandum decision.

                                                     For the Court**:**

                                                     Catherine O'Hagan Wolfe,
                                                     Clerk of Court

